UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GUTIERREZ,<br><br>               Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>               Defendant. | CASE NUMBER: 1:21-cv-00504-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2) |

Plaintiff having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted. The Clerk of Court is hereby ordered to issue summons and new case documents including a Scheduling Order (Social Security Appeal), Order re Consent or Request for Reassignment, notice and form of consent to proceed before a magistrate judge, and USM instructions. The United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

   Dated: __**March 26, 2021**__                   **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE